UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-CR-12 (JMB/TNL) (1) |
| Plaintiff, | |
| v. | **ORDER** |
| Dandre Franklin, | |
| Defendant. | |

This matter is before the Court on Defendant Dandre Franklin's unopposed Motion to Exclude Time under the Speedy Trial Act. (Doc. No. 29.) Defendant requests an extension of the speedy-trial deadlines to prepare his defenses in both the state murder case and the present matter time serves the ends of justice and is consistent with 18 U.S.C. § 3161(h)(7)(A)(B). The Court finds that the ends of justice served by continuing this case outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant Defendant's unopposed Motion would result in a miscarriage of justice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion to Exclude Time (Doc. No. 29) is GRANTED; and

2. The period of time between June 10, 2024, and September 29, 2024, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated: August 7, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court