## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-CR-00012 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Dandre Franklin, | |
| Defendant. | |

This matter is before the Court on Defendant Dandre Franklin's motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 35.) Franklin also filed a statement of facts in support of his Motion. (Doc. No. 36.) The Government has not responded or otherwise offered a position on Franklin's motion.

Franklin seeks to exclude the period of September 30, 2024, through February 28, 2025, in order to devote time and resources necessary to prepare for a trial in which he is a party that is scheduled to commence in Hennepin County District Court in early February 2025. *See State v. Franklin*, 27-CR-24-1502 (Minn. Dist. Ct.). The Court finds that the requested period to be excluded accounts for a period of delay resulting from other proceedings involving the defendant—specifically the trial in Hennepin County District Court—such that the Court must continue the trial in this matter, 18 U.S.C. § 3161(h)(1)(A). In addition, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under the circumstances.

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Defendant Dandre Franklin's Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 35) is GRANTED; and

2. The period of time from September 30, 2024, through February 28, 2025, is excluded from Speedy Trial Act computations in this case.

Dated: October 21, 2024                              /s/ *Jeffrey M. Bryan*
                                                     Judge Jeffrey M. Bryan
                                                     United States District Court