# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-CR-00012 (JMB/DLM) (1) |
| Plaintiff, | |
| v. | **ORDER** |
| Dandre Franklin, | |
| Defendant. | |

---

This matter is before the Court on the United States's Agreed Motion to Exclude Time Under the Speedy Trial Act. (Doc. No. 39.) In it, the United States and Franklin request an extension of the speedy trial deadlines so that Franklin may prepare his defenses for both a pending state case and this matter time, both of which involve serious offenses with potentially steep penalties. The Court finds that the ends of justice that are served by continuing this case outweigh the interest of the public and Franklin in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant Defendant's unopposed Motion would result in a miscarriage of justice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion to Exclude Time (Doc. No. 39) is GRANTED; and

2. The period of time between February 28, 2025, and April 14, 2025 is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B).

Dated: March 10, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court