UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-CR-00012 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Dandre Franklin, | |
| Defendant. | |

---

This matter is before the Court on the Government's and Defendant Dandre Franklin's jointly submitted motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 41.)

The parties seek to exclude the period of April 14, 2025 through November 3, 2025 so that Franklin may devote time and resources necessary to prepare for a trial in which he is a party in Hennepin County District Court, which was rescheduled from February 2025 to September 15, 2025. *See State v. Franklin*, 27-CR-24-1502 (Minn. Dist. Ct.). The Court finds that the requested period to be excluded accounts for a period of delay resulting from other proceedings involving the defendant—specifically the trial in Hennepin County District Court—such that the Court must continue the trial in this matter, 18 U.S.C. § 3161(h)(1)(A). In addition, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under the circumstances.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Defendant Dandre Franklin's Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 41) is GRANTED; and

2. The period of time from April 14, 2025 to November 3, 2025 is excluded from Speedy Trial Act computations in this case.

Dated: May 7, 2025                              /s/ *Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court