**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America

File No. 24-CR-00012 (JMB/DLM)

Plaintiff,

v.

**ORDER**

Dandre Franklin,

Defendant.

This matter is before the Court on the Government's unopposed motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 52.) The Government seeks to exclude the period July 31, 2026 to August 14, 2026 from the speedy trial computations in this matter. The Government seeks to exclude this time because Franklin has recently been convicted of first-degree murder following a trial in Hennepin County District Court, *see State v. Franklin*, 27-CR-24-1502 (Minn. Dist. Ct.) and it needs additional time to continue ongoing plea negotiations with Franklin and/or to prepare for trial in this matter.

The Court finds that the requested period to be excluded accounts for a period of delay resulting from other proceedings involving Franklin and that, under the circumstances, a miscarriage of justice would result if such time were not excluded. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B).

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1

1.     The United States of America's unopposed Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 52) is GRANTED.

2.     The period of time between July 31, 2026 and August 14, 2026 is excluded from the Speedy Trial Act computations in this case.

Dated:  August 3, 2026                                   /s/ *Jeffrey M. Bryan*
                                                          Judge Jeffrey M. Bryan
                                                          United States District Court